UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM HERNDON, | Case No. 10-cv-0375-RAJ |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| OFFICER LATHRUP, et al., | |
| Defendants. | |

The Court, having reviewed Plaintiff's 42 U.S.C. § 1983 civil rights complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, and noting that Plaintiff has not objected to the Report and Recommendation, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable James P. Donohue.

DATED this 21st day of June, 2010.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE - 1